

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2017

No. 04-16-00724-CV

**IN THE INTEREST OF R.S.-T., A CHILD**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2048-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

In this accelerated appeal of the October 13, 2016 order terminating the father's and mother's parental rights to their child, the appellants' briefs were due to be filed with this court on December 19, 2016. *See* TEX. R. APP. P. 38.6(a).

This court granted the mother's and father's first motions for extension of time to file the brief until January 9, 2017, and January 18, 2017, respectively. *See id.* We cautioned Appellants that "[f]urther motions for extension of time to file Appellant's brief are discouraged." *See* TEX. R. JUD. ADMIN. 6.2(a) (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

On January 12, 2017, the father moved this court for an extension of time to file his brief and an order compelling the trial court clerk to file a supplemental clerk's record. On January 13, 2017, the mother moved this court for the same relief; her motion identified essential documents that were missing from the clerk's record and needed in the supplemental clerk's record.

On January 24, 2017, the Guadalupe County District Clerk's office notified this court that it intends to file a supplemental clerk's record by January 27, 2017.

Given the documents missing from the appellate record, the appellate record is not yet complete; we withdraw the brief due dates. *See* TEX. R. APP. P. 38.6(a). Appellants' briefs will be due TWENTY DAYS after the supplemental clerk's record is filed. *See id.* The State's brief will be due TWENTY DAYS after the Appellants' briefs are filed. *See id.* R. 38.6(b).

**We caution Appellants and the State that NO EXTENSIONS OF TIME TO FILE THE PARTIES' BRIEFS WILL BE GRANTED.**

The child's "need for permanence is the paramount consideration for the child's present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay," and any further delays will hinder this court in its duty. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a) (West 2014)); *see also* TEX. R. JUD. ADMIN. 6.2(a) (180 day disposition requirement).

Appellants' motions for this court to order the Guadalupe County District Clerk's office to file a supplemental clerk's record are MOOT.

_____
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2017.



_____
Keith E. Hottle
Clerk of Court